IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HECTOR PACHECO-MORALES | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-531 |
| WARDEN, AARON TOMPKINS, *et al.*, | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Hector Pacheco-Morales, an inmate at the Leblanc Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Warden, Aaron Tompkins, Lieutenant G. Gilder, and Sergeant, M. Hilton.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this pursuant to Federal Rule of Civil Procedure 41(a) (Doc. # 9).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A Final Judgment will be entered in this case

---

[1] Plaintiff received a copy of the Report and Recommendation on November 24, 2021 (Doc. # 10).

in accordance with the magistrate judge's recommendations.

**SIGNED this 10th day of February, 2022.**

                                                Michael J. Truncale
                                                United States District Judge